IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,                                CIV-S-06-1227 FCD GGH PS

    vs.

UNITED STATES GOVERNMENT,

        Defendant.                             ORDER

_____/

        On September 29, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed September 29, 2006, are ADOPTED;

2. Plaintiff is declared a vexatious litigant.

3. The following pre-filing review order is entered:  (1) Plaintiff shall not initiate any further pro se action in this court unless the pleadings initiating the action are accompanied by a declaration under penalty of perjury that explains why plaintiff believes he has meritorious claims.  The declaration shall also state that the claims are not frivolous or made in bad faith, and that plaintiff has conducted a reasonable investigation of the facts and the investigation supports his claim(s). (2) The Clerk shall not file or lodge any action submitted pro se by plaintiff unless it is accompanied by the required declaration; any such incomplete filings shall be returned to plaintiff without further action of the court.  (3) If plaintiff files a pro se action accompanied by the required declaration, the Clerk shall open the matter as a miscellaneous case to be considered by the General Duty Judge of this court.  The judge will issue necessary orders after making a determination whether the case should be filed under the appropriate standards and pertinent law; and

4. This action is dismissed with prejudice.

DATED: November 15, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2